FILED

03 NOV -3 PM 2: 59

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

CARL BOWMAN,                          )
                                      )
        Plaintiff,                    )
                                      )
vs.                                   )        CV-00-CO-2003-W
                                      )
ARTHER HARRIS, ET AL.,                )
                                      )
        Defendants.                   )

**ENTERED**

NOV 0 3 2003

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 1, 2003, recommending

that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous and for failure to state

a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1).  No objections have

been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including

the report and recommendation, the Court is of the opinion that the magistrate judge's report is due

to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the

complaint is due to be dismissed as frivolous and for failure to state a claim upon which relief may

be granted pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

DATED this ___ day of _____, 2003.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

